UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| DAN WILKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  09-cv-2429 EFM/KMH |
| | ) |
| FREDERICK J. HANNA and ASSOCIATES P.C. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL**

DAN WILKINSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, FREDERICK J. HANNA and ASSOCIATES P.C. (Defendant), in this case.


DATED:  January 14, 2010              KROHN & MOSS, LTD.

                                      By:____/s/ Patrick Cuezze_____ _____
                                         Patrick Cuezze
                                         Attorneys for Plaintiff
                                         Krohn & Moss, Ltd.
                                         10474 Santa Monica Blvd, Suite 401
                                         Los Angeles, CA 90025